UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

Case No. C17-1037-RAJ

ORDER DIRECTING CLERK TO ADMINISTRATIVELY CLOSE MATTER AND TO STRIKE ANY PENDING MOTIONS

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) The Clerk shall administratively CLOSE this matter and STRIKE any pending motions as moot. *See Demos v. Stanley*, MC97-31-JLW (W.D. Wash. Mar. 13, 1997); and

(3) The Clerk shall send copies of this Order to petitioner and to Judge Theiler.

Dated this 30th day of August, 2017.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge